**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

JAMES DANIELSGALE,

    Petitioner,  CIVIL ACTION NO.: 2:16-cv-36

v.

UNITED STATES OF AMERICA,

    Respondent.  (Case No. 2:15-cr-4)

**O R D E R**

Petitioner, an inmate at the Federal Correctional Institution in Jesup, Georgia, has filed an action under 28 U.S.C. § 2255 which the Court has reviewed. Petitioner attacks a judgment of conviction obtained in this Court on June 25, 2015, in Case Number 2:15-cr-4. Pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court hereby **ORDERS** the United States Attorney to file an answer or motion to dismiss within thirty (30) days stating what records and documents need to be produced in order to fully respond to the motion. The government shall also include in this response its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary as authorized by Rule 6 of the Rules Governing Section 2255 Proceedings.

While this action is pending, Petitioner shall immediately inform this Court in writing of any change of address. Failure to do so will result in dismissal of this case, without prejudice.

The Clerk of Court is hereby authorized and directed to forward a copy of this Order and a copy of Petitioner's Motion for Relief to the Savannah Office of the United States Attorney for the Southern District of Georgia.

**SO ORDERED**, this 11th day of March, 2016.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA